**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALYSSE L. H.,

Plaintiff,

-against-

25 **CIVIL** 9801 (GRJ)

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 16, 2026, Plaintiff's request for judgment on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is DENIED; and this case is REMANDED for calculation of benefits; accordingly, the case is closed.

**Dated:** New York, New York

November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**